FILED FOR RECORD
STEPHENS COUNTY, TEXAS

2017 JUN 13 A 9: 02

CHRISTIE JOSEY
DISTRICT CLERK

_____ DEPUTY

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/13/17 11:00:24 AM
SHERRY WILLIAMSON
Clerk

**CAUSE NO. F35098**

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE 90TH DISTRICT |
| VS. | * | COURT OF |
| CYNTHIA ANN BRIDGES | * | STEPHENS COUNTY, TEXAS |

## ORDER APPOINTING ATTORNEY

Pursuant to application for court appointed appellate counsel for indigent defendant heretofore presented to the Court, and after having given the same due consideration, the Court is of the opinion that an attorney should be appointed to represent the defendant in the above entitled and numbered cause.

It is ordered that Tim Copeland, a practicing and qualified attorney of this bar be, and said attorney is hereby appointed as appellate attorney for the defendant in the above entitled and numbered cause. This appointment is effective the date of this order, or such earlier date as actual notice of such appointment may have been given to said attorney, if the same appears anywhere in the record of this cause.

Signed this 9th day of June, 2017.

_____
Judge Presiding